# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Gay-Lesbian-Bisexual-Transgender Pride /
Twin Cities,

                        Plaintiff,

          v.

Minneapolis Park and Recreation Board,

                        Defendant,

Brian Johnson,

                        Intervenor.

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 10-2579 (JRT/JJG) |
| Date: | June 24, 2010 |
| Deputy: | Holly McLelland |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 10:43 am |
| Time Concluded: | 11:59 pm |
| Time in Court: | 1 Hours & 6 Minutes |

Hearing on:
- Plaintiff's Motion for Temporary Restraining Order  [Docket No. 2]
- Motion to Intervene by Brian Johnson [Docket No. 15]

APPEARANCES:

    Plaintiff:    Amy Slusser, Eileen Scallen
    Defendant:    Brian Rice, Michael Salchert
    Brian Johnson: Mark Peterson, Nathan Kellum

PROCEEDINGS:
    - Motion to Intervene - GRANTED
    - Motion for Temporary Restraining Order - taken Under Advisement.

**\*\*IT IS ORDERED:**

    ☒ Written order forthcoming.

                                        s/Holly McLelland
                                          Calendar Clerk